PERKINS COIE LLP
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:     650.838.4300
Facsimile:     650.838.4595

Attorneys for Plaintiff
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> John Doe I, an individual, <br><br> Defendant. | Case No. 3:15-cv-00908 <br><br> **PLAINTIFF UBER TECHNOLOGIES, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br> **[N.D. Civ. L.R. 3-15]** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  February 27, 2015        **PERKINS COIE LLP**

By: */s/ James G. Snell*
       James G. Snell

Attorneys for Plaintiff
Uber Technologies, Inc.