PERKINS COIE LLP
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:     650.838.4300
Facsimile:      650.838.4595

Attorneys for Plaintiff
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> John Doe I, an individual, <br><br> Defendant. | Case No. 3:15-cv-00908 <br><br> **PLAINTIFF UBER TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Uber Technologies, Inc. ("Uber") makes the following corporate disclosures:  Uber is a privately held corporation.  It is not a subsidiary of any entity, and no publicly held corporation owns ten percent or more of its stock.

DATED:  February 27, 2015           **PERKINS COIE LLP**

                                    By: */s/ James G. Snell*
                                          James G. Snell

                                    Attorneys for Plaintiff
                                    Uber Technologies, Inc.