```
 1  PERKINS COIE LLP
    JAMES G. SNELL (SBN 173070)
 2  JSnell@perkinscoie.com
    JULIE E. SCHWARTZ (SBN 260624)
 3  JSchwartz@perkinscoie.com
    3150 Porter Drive
 4  Palo Alto, CA  94304
    Telephone:    650.838.4300
 5  Facsimile:    650.838.4595

 6  Attorneys for Plaintiff
    Uber Technologies, Inc.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> John Doe I, an individual, <br><br> Defendant. | Case No. <br><br> **DECLARATION OF ALEX GARBUTT IN SUPPORT OF PLAINTIFF UBER TECHNOLOGIES, INC.'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY** <br><br> [N.D. Civ. L.R. 7-10] |

I, ALEX GARBUTT, declare as follows:

1. I am a Security Engineer with Uber Technologies, Inc. ("Uber"). I work in the Uber offices in San Francisco, California. My job responsibilities include application security engineering and investigations, and I am familiar with Uber's investigation into the identity of John Doe I. I make this declaration based on personal knowledge and am competent to do so.

2. Uber reviewed the IP addresses that accessed Uber's internal database and isolated one unrecognized IP address but Uber could not identify from that IP address who accessed the database.

-1-   DECLARATION OF ALEX GARBUTT

LEGAL124916863.3

3. Uber is informed and believes that whoever accessed Uber's database also visited the following pages at the GitHub website:

https://gist.githubusercontent.com/hhlin/9556255/raw/2a4fae0e6d443b29826096fe043409e2c305bb79/insurance_fun.py[gist.githubusercontent.com and

https://api.github.com/gists/9556255/[api.github.com].

4. Uber has been unable through investigation, including through informal investigation relating to GitHub, to identify John Doe I. GitHub has informed Uber that it must obtain this information by subpoena.

5. Uber presently has no way of obtaining information from GitHub to identify John Doe I short of seeking and obtaining this discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 26 day of February 2015 at San Francisco, California.

*[signature]*
ALEX GARBUTT

-2- DECLARATION OF ALEX GARBUTT

LEGAL124916863.3