1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11

| 12 | Uber Technologies, Inc., | Case No. 3:15-cv-00908 |
|---|---|---|
| 13 | Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF UBER TECHNOLOGIES, INC.'S** *EX PARTE* **MOTION FOR EXPEDITED DISCOVERY** |
| 14 | v. | |
| 15 | John Doe I, an individual, | **[N.D. Civ. L.R. 7-10]** |
| 16 | Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

LEGAL124916262.4                                           [PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR EXPEDITED DISCOVERY
                                                           Case No. 3:15-cv-00908

1  The Court, having considered Plaintiff Uber Technologies, Inc.'s ("Uber") *Ex Parte*
2  Motion for Expedited Discovery ("Motion") on GitHub, Inc. ("GitHub"), hereby GRANTS the
3  Motion. Therefore:

4  IT IS HEREBY ORDERED that Uber may serve immediate discovery on GitHub by
5  serving a subpoena in the form attached as Exhibit A to the Declaration of James G. Snell in
6  Support of Uber's Motion.

7  IT IS SO ORDERED.

9  Dated this _____ day of March, 2015.

UNITED STATES MAGISTRATE JUDGE

Presented by:
PERKINS COIE LLP

*/s/ James G. Snell*
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:    650.838.4300
Facsimile:    650.838.4595

Attorneys for Plaintiff

LEGAL124916262.4                    -1-             [PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR EXPEDITED DISCOVERY
Case No. 3:15-cv-00908