1  PERKINS COIE LLP
   JAMES G. SNELL (SBN 173070)
2  JSnell@perkinscoie.com
   JULIE E. SCHWARTZ (SBN 260624)
3  JSchwartz@perkinscoie.com
   3150 Porter Drive
4  Palo Alto, CA  94304
   Telephone:     650.838.4300
5  Facsimile:     650.838.4595

6  Attorneys for Plaintiff
   Uber Technologies, Inc.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  Uber Technologies, Inc.,                    Case No.  3:15-cv-00908 LB

13                     Plaintiff,               **CONSENT TO PROCEED BEFORE A
                                                UNITED STATES MAGISTRATE JUDGE**
14         v.

15  John Doe I, an individual,

16                     Defendant.

17

18        In accordance with the provisions of 28 U.S.C. § 636(c), Plaintiff Uber Technologies,

19  Inc. voluntarily consents to have the assigned United States Magistrate Judge conduct all further

20  proceedings in the case, including trial and entry of a final judgment.  Appeal from the judgment

21  shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

22

23  DATED:   April 3, 2015                      PERKINS COIE LLP

24

25                                              By: */s/ James G. Snell*
                                                    James G. Snell
26

27

28

CONSENT TO PROCEED BEFORE A
                                                MAGISTRATE JUDGE
                                                Case No.  3:15-cv-00908 LB