1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12  Uber Technologies, Inc.,                    Case No. 3:15-cv-00908 LB

13                        Plaintiff,            **[PROPOSED] ORDER GRANTING
                                                PLAINTIFF UBER TECHNOLOGIES,**
14        v.                                    **INC.'S SECOND *EX PARTE* MOTION FOR
                                                EXPEDITED DISCOVERY**
15  John Doe I, an individual,
                                                **[N.D. Civ. L.R. 7-10]**
16                        Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1   The Court, having considered Plaintiff Uber Technologies, Inc.'s ("Uber") Second *Ex*

2   *Parte* Motion for Expedited Discovery ("Motion"), hereby GRANTS the Motion.  Therefore:

3   IT IS HEREBY ORDERED that Uber may serve immediate discovery on Comcast

4   Business Communications, LLC by serving the subpoena in the form attached as Exhibit A to the

5   Declaration of James G. Snell in Support of Uber's Motion.

6   IT IS FURTHER ORDERED that subpoenas authorized by this Order and issued pursuant

7   thereto shall be deemed appropriate court orders under 47 U.S.C. § 551.  In particular, 47 U.S.C.

8   § 551(c)(2)(B) provides as follows:

9   (c) Disclosure of personally identifiable information

10   …

11   (2) A cable operator may disclose such information if the disclosure is ...

12   …

13   (B) subject to subsection (h) [relating to disclosures to governmental agencies] of this

14   section, made pursuant to a court order authorizing such disclosure, if the subscriber is

15   notified of such order by the person to whom the order is directed.

16   This Order is an order authorizing such disclosure.

17   IT IS SO ORDERED.

18

19   Dated this _____ day of April, 2015.

20

21   _____
       UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

-1-       [PROPOSED] ORDER GRANTING SECOND
          *EX PARTE* MOTION FOR EXPEDITED
          DISCOVERY
          Case No. 3:15-cv-00908 LB

1

Presented by:
PERKINS COIE LLP

2

*/s/ James G. Snell*

3

JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com

4

JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com

5

3150 Porter Drive
Palo Alto, CA  94304

6

Telephone:    650.838.4300
Facsimile:    650.838.4595

7

Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-     [PROPOSED] ORDER GRANTING SECOND
EX PARTE MOTION FOR EXPEDITED
DISCOVERY
Case No. 3:15-cv-00908 LB