BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Subscriber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN DOE I,<br><br>   Defendant. | Case No. CR 15-cv-00908-LB<br><br>**DECLARATION OF LARA KOLLIOS IN SUPPORT OF SUBSCRIBER'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF SUBSCRIBER'S MOTION TO QUASH COMCAST SUBPOENA AND TO APPEAR AS SUBSCRIBER UNDER SEAL** |

1. I, LARA KOLLIOS, am an attorney licensed to practice law before the courts of the State of California and this Court. I make this declaration in support of Subscriber's Administrative Motion to File Portions of Subscriber's Motion to Quash Comcast Subpoena and Appear as Subscriber Under Seal. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Subscriber seeks to seal two pieces of information regarding Subscriber's Motion to Quash: (1) Subscriber's IP address (Dkt. No. 24, pp. i:5, i:17, 1:3, and 2:6), and (2) a website and different IP address included within the Comcast Subpoena served by Uber (Dkt. No. 24, p. 8:22 and 8:24).

3.      Subscriber's IP address is confidential to Subscriber and allows Subscriber to proceed anonymously on the internet.  Publicizing Subscriber's IP address puts that anonymity in jeopardy, possibly allowing persons to identify Subscriber.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 29th day of May 2015, in Oakland, California.

*/s/ Lara Kollios*
Lara Kollios

2                          DECLARATION IN SUPPORT OF
                           MOTION TO SEAL
                           Case No. CR 15-cv-00908-LB