BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Subscriber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE I,<br><br>    Defendant. | Case No. CR 15-cv-00908-LB<br><br>**[PROPOSED] ORDER GRANTING SUBSCRIBER'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF SUBSCRIBER'S MOTION TO QUASH COMCAST SUBPOENA AND TO APPEAR AS SUBSCRIBER UNDER SEAL** |

Good cause having been shown, IT IS HEREBY ORDERED that the following portions of Subscriber's Motion to Quash Comcast Subpoena and Appear as Subscriber shall be filed under seal:

1. Redacted portion on Dkt. No. 24, pp. i:5, i:17, 1:3, and 2:6, constituting Subscriber's IP address;

2. Redacted portion on Dkt. No. 24, p. 8:22 and 8:24, constituting a website and IP address included within Uber's Comcast Subpoena.

IT IS SO ORDERED.

Dated: _____

_____
LAUREL BEELER
United States Magistrate Judge