**BOERSCH SHAPIRO** LLP
SAN FRANCISCO

DAVID W. SHAPIRO ■
MARTHA BOERSCH ■
LARA KOLLIOS ■

June 3, 2015

*Via Electronic Filing*
Magistrate Judge Laurel Beeler
San Francisco Courthouse
Courtroom C – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Uber Technologies, Inc. v. John Doe I*; C-15-00908 LB

Dear Judge Beeler:

    Pursuant to the Court's May 30, 2015 instructions, counsel for Subscriber and Uber Technologies, Inc., initiated a meet-and-confer on June 2, 2015 regarding Subscriber's Motion to Quash (Dkt. No. 24). Because of Ms. Boersch's travel schedule, the parties are unable to satisfy the five day time period to complete the in-person meet-and-confer. The parties have scheduled that in-person meeting for Tuesday, June 9, 2015 at 1:00 pm. If the parties are able to resolve the dispute during the in-person meeting without proceeding with Subscriber's fully noticed Motion to Quash, or otherwise determine that the issue may be resolved through a joint letter brief, the parties will so notify the Court promptly after the June 9 meeting.

    Jointly submitted,

/s/ James Snell                                       /s/ Martha Boersch
James Snell                                             Martha Boersch
Attorney for Plaintiff Uber Technologies, Inc.          Attorney for Third Party Subscriber