PERKINS COIE LLP
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:     650.838.4300
Facsimile:     650.838.4595

Attorneys for Plaintiff
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc.,<br><br>           Plaintiff,<br><br>     v.<br><br>John Doe I, an individual,<br><br>           Defendant. | Case No. 3:15-cv-00908 LB<br><br>**DECLARATION OF JAMES G. SNELL IN SUPPORT OF PLAINTIFF UBER TECHNOLOGIES, INC.'S OPPOSITION TO MOTION TO QUASH COMCAST SUBPOENA**<br><br>Date:     July 9, 2015<br>Time:    9:30 am |

I, James G. Snell, declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP in Palo Alto, California, and one of the attorneys representing Plaintiff Uber Technologies, Inc. ("Uber") in the above-entitled action. I have personal knowledge of the facts set forth in this declaration, or state such facts on information and belief where indicated, and am competent to testify.

2. Uber has learned through its continuing investigation that (1) there are ▇ ▇ IP addresses that visited the GitHub webpages prior to the May 12 download that Uber has not identified as associated with Uber users or that are not otherwise explained (e.g., automated indexing by Google); (2) Subscriber's IP address visited the subject GitHub webpage on ▇, and is the only IP address not identified by Uber that accessed the post after the date it was posted; (3) the person who used the secret key to download Uber's files on May 12, 2014 used an IP address from ▇ ▇; and (4) the ▇ IP address visited Uber posts on GitHub's website on May 12, 2014, right before the illegal download occurred.

3. On June 9, 2015, I met and conferred with counsel for Subscriber in San Francisco, California, but we were unable to resolve or narrow the pending issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 12th day of June 2015 at Palo Alto, California.

                                           /s/ James G. Snell
                                               James G. Snell