1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc., | Case No. 3:15-cv-00908 LB |
| Plaintiff, | **[PROPOSED] ORDER DENYING MOTION TO QUASH COMCAST SUBPOENA** |
| v. | |
| John Doe I, an individual, | **[N.D. Civ. L.R. 7-10]** |
| Defendant. | Date: July 9, 2015<br>Time: 9:30 am |

The Court, having considered Subscriber's Motion to Quash Comcast Subpoena ("Motion"), hereby DENIES the Motion.  Therefore:

IT IS HEREBY ORDERED that Comcast Business Solutions LLC produce all information responsive to the Comcast Subpoena forthwith.

IT IS SO ORDERED.

Dated this _____ day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:
PERKINS COIE LLP

*/s/ James G. Snell*
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:    650.838.4300
Facsimile:    650.838.4595

Attorneys for Plaintiff

-1-  [PROPOSED] ORDER DENYING MOTION TO QUASH
Case No. 3:15-cv-00908 LB