PERKINS COIE LLP
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:    650.838.4300
Facsimile:     650.838.4595

Attorneys for Plaintiff
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc.,<br><br>               Plaintiff,<br><br>    v.<br><br>John Doe I, an individual,<br><br>               Defendant. | Case No. 3:15-cv-00908 LB<br><br>**DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF PLAINTIFF UBER TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE PORTIONS OF UBER'S OPPOSITION TO SUBSCRIBER'S MOTION TO QUASH (DKT. 34) AND THE DECLARATION OF JAMES G. SNELL IN SUPPORT OF SAME (DKT. 34-1) UNDER SEAL**<br><br>[N.D. Civ. L.R. 79-5] |

I, Julie E. Schwartz, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California and this Court. I am counsel at Perkins Coie LLP and in this action for Plaintiff Uber Technologies, Inc. ("Uber"). I make this declaration in support of Uber's Motion for Administrative Relief to File Portions of Uber's Opposition to Subscriber's Motion to Quash ("Opposition") and the Declaration of James G. Snell in Support of Same ("Snell Declaration") Under Seal. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Uber seeks to seal portions of its Opposition and the Snell Declaration because Uber's Opposition and the Snell Declaration contain sensitive information regarding Uber's investigation into the identity of John Doe I. Public disclosure of this information could possibly jeopardize Uber's ongoing investigation by giving John Doe I insight into the status of Uber's investigation and thus potentially allow him to take steps to further conceal his identity from Uber or tamper with evidence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12 day of June, 2015, at Palo Alto, California.

*/s/ Julie E. Schwartz*
Julie E. Schwartz

-1- DECLARATION OF JULIE E. SCHWARTZ
Case No. 3:15-cv-00908 LB