UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc.,<br><br>                Plaintiff,<br><br>    v.<br><br>John Doe I, an individual,<br><br>                Defendant. | Case No. 3:15-cv-00908 LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF UBER TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE PORTIONS OF UBER'S OPPOSITION TO SUBSCRIBER'S MOTION TO QUASH (DKT. 34) AND THE DECLARATION OF JAMES G. SNELL IN SUPPORT OF SAME (DKT. 34-1) UNDER SEAL**<br><br>**[N.D. Civ. L.R. 79-5]** |

Good cause having been shown, IT IS HEREBY ORDERED that the following portions of Uber's Opposition to Subscriber's Motion to Quash ("Opposition") (Dkt. 34) and the Declaration of James G. Snell in support of same ("Snell Declaration") (Dkt. 34-1) shall be filed under seal:

| Uber's Opposition | Page 1, Lines 9, 10, 12, 14, 20; Page 3, Lines 1, 5, 8-9, 11; Page 4, Lines 26, 28; Page 5, Lines 4, 5, 10; Page 10, Lines 21, 26; Page 11, Line 4 |
|---|---|
| Snell Declaration | ¶2, Lines 6-7, 10, 12-13. |

IT IS SO ORDERED.

Dated this _____ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:
PERKINS COIE LLP

*/s/ James G. Snell*
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:     650.838.4300
Facsimile:      650.838.4595

Attorneys for Plaintiff

-1-   [PROPOSED] ORDER GRANTING MOTION TO SEAL
Case No. 3:15-cv-00908 LB