BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Subscriber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOHN DOE I,<br><br>　　　Defendant. | Case No. C 15-00908-LB<br><br>**DECLARATION OF LARA KOLLIOS IN SUPPORT OF SUBSCRIBER'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF REPLY IN SUPPORT OF SUBSCRIBER'S MOTION TO QUASH COMCAST SUBPOENA UNDER SEAL** |

1.      I, LARA KOLLIOS, am an attorney licensed to practice law before the courts of the State of California and this Court.  I make this declaration in support of Subscriber's Administrative Motion to file portions of Reply to Uber's Opposition to Motion to Quash Comcast Subpoena under seal.  I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2.      Subscriber seeks to redact two types of information: (1) a website and different IP address included within the Comcast Subpoena served by Uber (Dkt. No. 37, pp. 3:11, 3:12, 3:18, 4:8, 6:11), and (2) facts Uber disclosed in its Opposition that Uber claims are protected and subject to sealing (Dkt. No. 37, p. 1:9, 1:10, 1:12, 1:16, 2:16-18, 3:7, 3:8, 3:9, 3:11, 3:12-13, 3:18, 4:8, 4:11, 4:19, 5:5, 6:2, 6:11, 6:21).

3.      Good cause exists to seal this select information because with respect to the website and unknown IP address included within the Comcast Subpoena, the Court has already ruled such information is sealable (Dkt. No. 20, p. 8), and with respect to the new facts disclosed by Uber, Uber already filed such information under seal and claims that if such information is "publicly disclosed, [it] could undermine Uber's investigation into the data theft at issue in this lawsuit."  Dkt. No. 35, p. 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 19 day of June 2015, in Oakland, California.

*/s/ Lara Kollios*
Lara Kollios

1                   DECLARATION IN SUPPORT OF
MOTION TO SEAL
Case No. C 15-00908-LB