BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Subscriber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE I,<br><br>    Defendant. | Case No. C 15-00908-LB<br><br>**[PROPOSED] ORDER GRANTING SUBSCRIBER'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF REPLY IN SUPPORT OF SUBSCRIBER'S MOTION TO QUASH COMCAST SUBPOENA UNDER SEAL** |

Good cause having been shown, IT IS HEREBY ORDERED that the following portions of Reply to Uber's Opposition to Subscriber's Motion to Quash Comcast Subpoena shall be filed under seal:

1. Redacted portions on Dkt. No. 37, pp. 3:11, 3:12, 3:18, 4:8, 6:11, constituting a website and IP address included within Uber's Comcast Subpoena.
2. Redacted portions on Dkt. No. 37, p. 1:9, 1:10, 1:12, 1:16, 2:16-18, 3:7, 3:8, 3:9, 3:11, 3:12-13, 3:18, 4:8, 4:11, 4:19, 5:5, 6:2, 6:11, 6:21, constituting additional facts disclosed by Uber in its Opposition that Uber filed under seal.

IT IS SO ORDERED.

Dated: _____

_____
LAUREL BEELER
United States Magistrate Judge