1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Uber Technologies, Inc., | Case No. 3:15-cv-00908 LB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF UBER TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO REDACT PORTIONS OF THE TRANSCRIPT OF PROCEEDINGS FROM THE JULY 9, 2015 HEARING BEFORE THE COURT** |
| v. | |
| John Doe I, an individual, | |
| Defendant. | |
| | [N.D. Civ. L.R. 79-5] |

Good cause having been shown, IT IS HEREBY ORDERED that the following lines, or portions thereof, of the Transcript of Proceedings from the July 9, 2015 hearing before the Court be redacted:

| Court Transcript | Page 9, Line 19; Page 10, Lines 2-3, 16, 20-21; Page 11, Lines 3-5, 22-25; Page 12, Lines 1-2 and 6-7; Page 13, Lines 13-14, 16-18; Page 14, Lines 4, 15-16; Page 16, Lines 24-25; Page 17, Lines 5-6; Page 18, Line 5; Page 21, Line 25; Page 22, Line 14; Page 24, Lines 4-6, 8, 10-11, 20, 25; Page 25, Lines 10-11; Page 26, Lines 2, 6-7, 23; Page, 27, Lines 6, 25; Page 28, Lines 4-5, 12, 22-23; Page 29, Lines 2, 15, 23-25 |
|---|---|

IT IS SO ORDERED.

Dated this _____ day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:
PERKINS COIE LLP

*/s/ James G. Snell*
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304

-1-   [PROPOSED] ORDER GRANTING MOTION TO REDACT
Case No. 3:15-cv-00908 LB

Telephone: 650.838.4300
Facsimile: 650.838.4595

Attorneys for Plaintiff