BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Subscriber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBER TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE I,<br><br>    Defendant. | Case No. 3:15-cv-00908-LB<br><br>**DECLARATION OF LARA KOLLIOS IN SUPPORT OF MOTION TO STAY PENDING APPEAL**<br><br>Date:   September 10, 2015<br>Time:   9:30 AM |

1.      I, LARA KOLLIOS, am an attorney licensed to practice law before the courts of the State of California and this Court.  I make this declaration in support of Subscriber's Motion to Stay Order Pending Appeal.  I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2.      Attached hereto as Exhibit A is a true and correct copy of a July 13-14, 2014 email exchange between myself and Jill Brocco of the Comcast Legal Response Center.

3.      Attached hereto as Exhibit B is a true and correct copy of a July 22, 2014 email exchange between myself and Jill Brocco of the Comcast Legal Response Center.

4.      Attached hereto as Exhibit C is an excerpt from https://anonine.com/en/.

1  5. Attached hereto as Exhibit C is an excerpt from https://anonine.com/en/faqs/general.

2  I declare under penalty of perjury under the laws of the United States that the foregoing is true

3  and correct. Executed on this 31st day of July 2015, in Oakland, California.

5  Dated: July 31, 2015                               */s/ Lara Kollios*
                                                     Lara Kollios

# EXHIBIT A

# Lara Kollios

| | |
|---|---|
| **From:** | Brocco, Jill <Jill_Brocco@cable.comcast.com> |
| **Sent:** | Tuesday, July 14, 2015 7:17 AM |
| **To:** | Lara Kollios |
| **Subject:** | RE: Case No. 648879 |

That is correct.

Jill Brocco
Quality Legal Analyst III
Comcast Legal Response Center
Phone: 856-675-5125
Fax: 866-947-5587
Email: jill_brocco@cable.comcast.com

**From:** Lara Kollios [mailto:LKollios@boerschshapiro.com]
**Sent:** Monday, July 13, 2015 4:33 PM
**To:** Brocco, Jill
**Subject:** RE: Case No. 648879

Jill,

Apologies that this is repetitive of prior conversations, but can you please confirm back to me by email that Comcast does not maintain information responsive to Request Nos. 2-4 in Uber Technologies' subpoena? I want to be sure our understanding is correct.

Thanks for your patience and assistance - Lara
**Lara Kollios**, **Esq.**
**Boersch Shapiro LLP**
1611 Telegraph Ave Ste 806
Oakland, CA 94612
Direct (415) 500-6643
Fax (415) 906-8897
Cell (415) 609-3092
LKollios@boerschshapiro.com
www.boerschshapiro.com

The information contained in this email is confidential information intended only for the use of the named recipient(s). It may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you may not disseminate, distribute, copy or use it, and your possession does not waive any privilege. If you received this email in error, please immediately notify the sender and delete the email from your computer.

# EXHIBIT B

# Lara Kollios

| | |
|---|---|
| **From:** | Brocco, Jill <Jill_Brocco@cable.comcast.com> |
| **Sent:** | Wednesday, July 22, 2015 12:27 PM |
| **To:** | Lara Kollios |
| **Subject:** | RE: Case No. 648879 |

Hi Lara – Comcast will not produce responsive information until notified that the Motion to Stay is resolved and Comcast is ordered to produce the information.

Just an FYI – I am out of the office all of next week. If you need to serve any documents on Comcast please fax the documents to 866-947-5587 so that they can be reviewed while I am out of the office.

Thanks.

Jill Brocco
Quality Legal Analyst III
Comcast Legal Response Center
Phone: 856-675-5125
Fax: 866-947-5587
Email: jill_brocco@cable.comcast.com

**From:** Lara Kollios [mailto:LKollios@boerschshapiro.com]
**Sent:** Wednesday, July 22, 2015 3:15 PM
**To:** Brocco, Jill
**Subject:** Case No. 648879

Jill,

Attached please find the Court's order denying Subscriber's motion to quash.  Importantly, the Court stayed the order until July 31, 2015 so that Subscriber has time to file a motion to stay pending appeal, which we intend to do.  Per the Court's instructions (p. 11:8-10), the order will be stayed until the motion to stay pending appeal is resolved.  We will send you Subscriber's motion to stay when it is filed, but please confirm Comcast will not be producing any responsive information until you are notified by us that Subscriber's motion to stay is resolved and that Comcast is instructed to by the Court to produce the information.

Thanks for your continued patience on this issue - Lara
**Lara Kollios**, Esq.
**Boersch Shapiro LLP**
1611 Telegraph Ave Ste 806
Oakland, CA  94612
Direct (415) 500-6643
Fax (415) 906-8897
Cell (415) 609-3092
LKollios@boerschshapiro.com
www.boerschshapiro.com

The information contained in this email is confidential information intended only for the use of the named recipient(s). It may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you may not disseminate, distribute, copy or use it, and your possession does not waive any privilege. If you received this email in error, please immediately notify the sender and delete the email from your computer.

# EXHIBIT C

(/en/) (/sv/)   You are not anonymous! (/en/neworder/)   Log in (/en/login)

# NEW! Powerful VPN

with OpenVPN + PPTP in 1 package for all devices

Contact Support

- Always anonymous, nothing logged
- Supports Windows, Mac, Linux, iOS, Android
- Guaranteed 99.9% uptime
- Most available bandwidth of all VPN providers
- Servers in: Argentina, Australia, Canada, France, Iceland, Italy, Luxembourg, Netherlands, Panama, Russia, Sweden, Singapore, Spain, Switzerland, Turkey, United Kingdom, USA

Get Started (/en/neworder/)

As low as
## 3.99 USD / mo



## Become Anonymous with Anonine VPN!

As web surveillance become more prevalent in our society it is increasingly important to maintain privacy and personal integrity online. Due to this, we developed the Anonine VPN service which doesn't log any of the user's activity on the Internet and uses the best VPN servers in Argentina, Australia, Canada, France, Iceland, Italy, Luxembourg, Netherlands, Panama, Russia, Sweden, Singapore, Spain, Switzerland, Turkey, United Kingdom, USA.

Anonine private VPN service will encrypt your internet connection through our VPN tunnel, from the beginning to the end of your journey online, using the most modern technology, hence, providing the best VPN encryption available. Your private VPN account will give you anonymous access to any website that you enjoy visiting, in any country. Unlike other VPN services, our software can be used on multiple devices. To remain secure all you need is to log into your Anonine account and start surfing.

Anonymous (/en/neworder/)

(/en/)  (/sv/)     Copyright © 2015 Edelino Commerce Inc. All Rights Reserved

(https://twitter.com/AnonineVPN)  (https://www.facebook.com/Anonine)

+45  Recommend this on Google

# EXHIBIT D

🇬🇧 (/en/faqs/general) 🇸🇪 (/sv/faqs/general)   You are not anonymous! (/en/neworder/)   Log in (/en/login)

Contact Support

Here we will help you install the service you've chosen. If the guide you are looking for doesn't exist you can contact our support here. (/en/contact)

FAQ

**General Questions**

Troubleshooting Procedure (/en/faqs/troubleshooting)
PPTP (/en/faqs/PPTP)
OpenVPN (/en/faqs/OpenVPN)
VPN Tutorial (/en/faqs/vpn_tutorial)
How To Unblock Blocked Sites (/en/faqs/how_to_unblock_blocked_sites)

Guide OpenVPN

Guide for Windows XP (/en/guides/openvpn-windows-xp)
Guide for Windows 7 64bit (/en/guides/openvpn-windows-7-64bit)
Guide for Windows 8 64bit (/en/guides/openvpn-windows-8-64bit)
Guide for iOS (/en/guides/openvpn-ios)
Guide for Mac OS X (/en/guides/openvpn-mac-os-x)
Guide for Ubuntu 14.04 64bit (/en/guides/openvpn-ubuntu-14.04-64bit)

Guide PPTP

Guide for Windows XP (/en/guides/pptp-windows-xp)
Guide for Windows Vista/7 (/en/guides/pptp-windows-vista-7)
Guide for Windows 8 (/en/guides/pptp-windows-8)
Guide for Mac OS X (/en/guides/pptp-mac-osx)
Guide for Ubuntu 12.04 (/en/guides/pptp-ubuntu-12.04)
Guide for Ubuntu 14.04 (/en/guides/pptp-ubuntu-14.04)
Guide for Android (/en/guides/pptp-android)
Guide for Android 4 (/en/guides/pptp-android-4)
Guide for iPhone/iPad (/en/guides/pptp-iphone)

Guide L2TP

Guide for Windows 7 (/en/guides/l2tp-windows-7)

---

## General Questions

**Why anonymous?**

Today, commercial companies, such as search engines, authorities and associations of interest have the opportunity to monitor and evaluate what you do on the web. Some authorities and others also have the right in some cases to request information about you from operators. Anonine provides a service aimed at you who feel any inconvenience about this and wants to surf the web anonymously.

---

**Do I need any special skills to use the service?**

No, the service is super simple to use, all you need to do is follow our guides to get started in a couple of minutes.

---

**Is this legal?**

Yes, this service is perfectly legal.

---

**I use a Mac computer, can I use this service?**

Yes you can! We support Windows, Mac OS X, Linux, Android and iOS

---

**How do I pay for this service?**

There are several ways to pay for the service. You can either use credit card (via PayPal), PayPal (with or without an account), Payson, SMS- or telephone payments.

---

**Do you save any credentials about your customers?**

We don't want any information that could be used to identify your person. What we ask is a username, password and an email address. We expect you to make sure that any information given to us is anonymous, if desired.

---

**Will there be money drawn each month if I order this service?**

No, you pay a one-time fee.

---

**Can I use this service abroad?**

Yes, as long as you have an internet connection, you can use the service from all over the world!

---

**I would like to get the service to all of my employees, is it possible?**

Absolutely, it is possible! However, each employee needs a separate account, please contact us and we fix it!

---

**How does this service work?**

To make it short, you connect to our VPN and get an IP assigned by us which you'll connect to the internet through.

---

Do you have any traffic limitations?

No!

---

My normal connection is active even while I'm connected to Anonine, should it be?

Yes, your regular Internet connection must be active on your computer to communicate (encrypted) with our VPN servers, but as long as you also are connected to Anonine it's safe.

---

We have two VPN accounts for two different computers. But when I log on one computer, then log the other out?

If you are behind the same router that is most likely that the router does not support more than 1 concurrent VPN connection, then it is not really common for home routers to support more than 1 connection. To solve the problem, you would probably have to buy a new router - below is a list from Netgear that lists how many connections it supports, see the column "VPN Passthrough Connections".
http://kb.netgear.com/app/answers/detail/a_id/1088
However you'll probably want to check that your present router does not have this support before you buy something new.

🇬🇧 (/en/faqs/general)   🇸🇪 (/sv/faqs/general)

Copyright © 2015 Edelino Commerce Inc. All Rights Reserved

🐦 (https://twitter.com/AnonineVPN)   f (https://www.facebook.com/Anonine)

g+1  +45  Recommend this on Google