BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Subscriber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UBER TECHNOLOGIES, INC., | Case No. 3:15-cv-00908-LB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SUBSCRIBER'S MOTION TO STAY PENDING APPEAL** |
| v. | |
| JOHN DOE I, | Date:   September 10, 2015<br>Time:   9:30 AM |
| Defendant. | |

1  Before the Court is Subscriber's Notice of Motion and Motion to Stay Pending Appeal.
2  Having reviewed the motion and good cause having been shown, IT IS HEREBY ORDERED that
3  Subscriber's Motion is GRANTED and the Court's July 20, 2015 Order Denying Subscriber's
4  Motion to Quash is stayed pending appeal to the Ninth Circuit.
5      IT IS SO ORDERED.

7  Dated: September __, 2015

                                        _____
                                        LAUREL BEELER
                                        United States Magistrate Judge