BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Subscriber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UBER TECHNOLOGIES, INC., | Case No. 3:15-cv-00908-LB |
|---|---|
| Plaintiff, | **SUBSCRIBER'S NOTICE OF APPEAL** |
| v. | |
| JOHN DOE I, | |
| Defendant. | |

**NOTICE OF APPEAL**

An anonymous third party sought permission from the district court to proceed under the pseudonym "Subscriber" while moving to quash a subpoena issued to Comcast Business Communications, LLC.  The district court granted Subscriber permission to proceed anonymously, but denied the motion to quash. (ECF Dkt. No. 51).

Notice is hereby given that Subscriber in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the July 20, 2015, order denying its motion to quash the subpoena.  (ECF Dkt. No. 51).  That order is appealable under the rule first announced in *Perlman v. United States*, 247 U.S. 7, 12-13 (1918).  *See, e.g.*, *United States v. Krane*, 625 F.3d 568, 571-73 (9th Cir. 2010) (authorizing an appeal by a third party aggrieved by an order refusing to quash a subpoena that was served on a non-party).

Dated:  July 31, 2015

BOERSCH SHAPIRO LLP

_/s/Martha Boersch_____
Martha Boersch

Attorney for Subscriber
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640