| | |
|---|---|
| 1 | PERKINS COIE LLP |
| | JAMES G. SNELL (SBN 173070) |
| 2 | JSnell@perkinscoie.com |
| | JULIE E. SCHWARTZ (SBN 260624) |
| 3 | JSchwartz@perkinscoie.com |
| | 3150 Porter Drive |
| 4 | Palo Alto, CA  94304 |
| | Telephone:     650.838.4300 |
| 5 | Facsimile:      650.838.4595 |
| 6 | Attorneys for Plaintiff |
| 7 | Uber Technologies, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc., | Case No. 3:15-cv-00908 LB |
| Plaintiff, | **DECLARATION OF JAMES G. SNELL IN SUPPORT OF PLAINTIFF UBER TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE PORTIONS OF ITS OPPOSITION TO SUBSCRIBER'S MOTION TO STAY (DKT. 58) UNDER SEAL** |
| v. | |
| John Doe I, an individual, | |
| Defendant. | |
| | [N.D. Civ. L.R. 79-5] |

I, James G. Snell, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California and this Court. I am a partner at Perkins Coie LLP and in this action for Plaintiff Uber Technologies, Inc. ("Uber"). I make this declaration in support of Uber's Opposition to Subscriber's Motion to Stay Pending Appeal (Dkt. 58) ("Opposition") Under Seal. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Uber seeks to seal portions of the Opposition because it contains sensitive information regarding Uber's investigation into the identity of John Doe I. Public disclosure of this information could possibly jeopardize Uber's ongoing investigation by giving John Doe I insight into the status of Uber's investigation and thus potentially allow him to take steps to further conceal his identity from Uber.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of August, 2015, at Palo Alto, California.

*/s/ James G. Snell*
James G. Snell

-1- DECLARATION OF JAMES G. SNELL
Case No. 3:15-cv-00908 LB