1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | Uber Technologies, Inc., | Case No. 3:15-cv-00908 LB |
|---|---|---|
| 13 | Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF UBER TECHNOLOGIES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE PORTIONS OF ITS OPPOSITION TO SUBSCRIBER'S MOTION TO STAY (DKT. 58) UNDER SEAL** |
| 14 | v. | |
| 15 | John Doe I, an individual, | |
| 16 | Defendant. | |
| 17 |  | **[N.D. Civ. L.R. 79-5]** |

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING
MOTION TO SEAL
Case No. 3:15-cv-00908 LB

Good cause having been shown, IT IS HEREBY ORDERED that the following portions of Uber's Opposition To Subscriber's Motion To Stay Pending Appeal (Dkt. 58) shall be filed under seal:

- page 3, lines 24-25;
- page 4, lines 17, 19, 21-22, 24;
- page 8, lines 5-7, 20;

IT IS SO ORDERED.

Dated this _____ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:
PERKINS COIE LLP

*/s/ James G. Snell*
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304
Telephone:     650.838.4300
Facsimile:     650.838.4595

Attorneys for Plaintiff

-1- [PROPOSED] ORDER GRANTING MOTION TO SEAL
Case No. 3:15-cv-00908 LB