GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG (SBN 194130)
  mwong@gibsondunn.com
THAD A. DAVIS (SBN 220503)
  tdavis@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN (SBN 222831)
  jjessen@gibsondunn.com
PRIYANKA RAJAGOPALAN (SBN 278504)
  prajagopalan@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA ANTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and Does 1-50,<br><br>Defendant. | No. 3:15–cv–01175–LB<br><br>**[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Defendant Uber Technologies, Inc.'s Notice of Discovery Related to *Uber Technologies, Inc. v. John Doe I*, Case No. 3:15-cv-00908-LB, and Motion for Protective Order** |

Gibson, Dunn & Crutcher LLP

[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Uber Techs., Inc.'s Notice of Discovery Related to Uber Techs., Inc. v. John Doe I, Case No. 3:15-cv-00908-LB, and Motion for Protective Order – Case No. 3:15-cv-01175

Having considered Uber Technologies, Inc.'s Notice of Discovery Related to *Uber Technologies, Inc. v. John Doe I*, Case No. 3:15-cv-00908-LB (the "*John Doe* matter") and Motion for Protective Order ("Notice and Motion"), and good cause appearing, the Court hereby ORDERS that:

(1) The Stipulated Protective Order submitted with the Notice and Motion shall govern the exchange and use of documents and information in this case.

(2) Uber Technologies, Inc. may use the information gleaned from discovery in the *John Doe* matter in preparing further discovery in the present action, subject to the Stipulated Protective Order and the ordinary limitations of the Federal Rules of Evidence. This Order is without prejudice to any Party's right to object to, or seek protection from, a discovery request on appropriate grounds.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

1

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING UBER TECHS., INC.'S NOTICE OF DISCOVERY RELATED TO UBER TECHS., INC. V. JOHN DOE I, CASE NO. 3:15-CV-00908-LB, AND MOTION FOR PROTECTIVE ORDER – CASE NO. 3:15-CV-01175