FILED

UNITED STATES COURT OF APPEALS

MAY 27 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UBER TECHNOLOGIES, INC., | No. 15-16532 |
| Plaintiff - Appellee, | D.C. No. 3:15-cv-00908-LB |
| v. | Northern District of California, San Francisco |
| JOHN DOE, I, | |
| Defendant, | ORDER |
| v. | |
| SUBSCRIBER, | |
| Movant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 31) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (stating that merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

Appellant filed the entire opening brief and Volumes I and III of the excerpts of record under seal, relying on district court orders granting motions to file items

under seal for good cause shown in the discovery proceedings. However, the district court orders provided for the redacting of confidential or sensitive information, not for wholesale sealing of the record (*see* district court docket entry Nos. 20, 33, 40, 41, 53, 63, 64), and the parties then publicly filed redacted versions of the documents at issue in the district court. The district court orders do not appear to justify sealing all of the opening brief and the entirety of Volumes I and III of the excerpts of record in this court.

The opening brief filed on December 15, 2015 and Volumes I and III of the excerpts of record filed on December 17, 2015 will be maintained under seal in their unredacted formats.

Within 21 days after the date of this order, appellant shall file a redacted opening brief and redacted volumes of the excerpts of record, to be filed publicly in this court. The public opening brief and excerpts of record shall be redacted in conformity with the information that was ordered redacted by the district court pursuant to its docket entry Nos. 20, 33, 40, 41, 53, 63, and 64 (*e.g.*, IP address of Subscriber, IP address and domain names redacted from the subpoena to Comcast, information relating to access of particular webpages on particular dates). *See generally* 9th Cir. Interim R. 27-13(a) (strong presumption of public access to documents), (e) (least restrictive scope of sealing).

The answering brief is due within 30 days after the filing of the redacted opening brief, and the optional reply brief is due within 14 days after service of the answering brief.