FILED

JUL 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JOHN DOE, I, <br><br> Defendant, <br><br> v. <br><br> SUBSCRIBER, <br><br> Movant-Appellant. | No. 15-16532 <br><br> D.C. No. 3:15-cv-00908-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The parties' stipulated motion for voluntary dismissal of this appeal (Docket Entry No. 45) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Holly Baldwin
Deputy Clerk

hmb/MOATT