PERKINS COIE LLP
JAMES G. SNELL (SBN 173070)
JSnell@perkinscoie.com
JULIE E. SCHWARTZ (SBN 260624)
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4595

Attorneys for Plaintiff
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>John Doe I, an individual,<br><br>Defendant. | Case No. 3:15-cv-00908 LB<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing: September 22, 2016<br>Time: 11:00 am<br>Courtroom: C<br>Before: Hon. Laurel Beeler |

Plaintiff Uber Technologies, Inc. ("Uber") respectfully requests that the case management conference scheduled for September 22, 2016, be continued to coincide with the case management conference in *Antman v. Uber,* Civ. Case No. 15-cv-01175, currently scheduled for November 3, 2016, at 11:00 am. These cases were related on May 1, 2015 (Dkt. No. 22), and judicial economy would be served by having the case management conferences on the same day.

September 15, 2016

**PERKINS COIE LLP**

By: /s/ James G. Snell
James G. Snell (SBN 173070)
JSnell@perkinscoie.com

Attorneys for Plaintiff
Uber Technologies, Inc.