1  PERKINS COIE LLP
   JAMES G. SNELL (SBN 173070)
2  JSnell@perkinscoie.com
   JULIE E. SCHWARTZ (SBN 260624)
3  JSchwartz@perkinscoie.com
   3150 Porter Drive
4  Palo Alto, CA  94304
   Telephone:    650.838.4300
5  Facsimile:     650.838.4595

6  Attorneys for Plaintiff
   Uber Technologies, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  Uber Technologies, Inc.,              Case No. 3:15-cv-00908 LB

13              Plaintiff,                **REQUEST TO CONTINUE CASE
                                          MANAGEMENT CONFERENCE**
14      v.                                ORDER
                                          Hearing:    December 8, 2016
15  John Doe I, an individual,            Time:       11:00 am
                                          Courtroom:  C
16              Defendant.                Before:     Hon. Laurel Beeler

17

18      Plaintiff Uber Technologies, Inc. ("Uber") respectfully requests that the case management

19  conference scheduled for December 8, 2016, be continued to coincide with the case management

20  conference in *Antman v. Uber,* Civ. Case No. 15-cv-01175, currently scheduled for February 16,

21  2017, at 11:00 am.  These cases were related on May 1, 2015 (Dkt. No. 22), and judicial economy

22  would be served by having the case management conferences on the same day.

23

24  December 5, 2016                      **PERKINS COIE LLP**

    Dated: 12/6/2016
25  Updated Joint Case Management Statement     By: /s/ James G. Snell
    due 2/9/2017.                                   James G. Snell (SBN 173070)
26                                                  JSnell@perkinscoie.com

27                                          Attorneys for Plaintiff
                                            Uber Technologies, Inc.
28

APPROVED
Judge Laurel Beeler

PERKINS COIE LLP
ATTORNEYS AT LAW
PALO ALTO

-1-                                        REQUEST TO CONTINUE CASE
                                           MANAGEMENT CONFERENCE
                                           Case No. 3:15-cv-00908 LB