James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Uber Technologies, Inc., | Case No. 3:15-cv-00908 LB |
| Plaintiff, | **UPDATED CASE MANAGEMENT STATEMENT** |
| v. | Date: June 29, 2017 |
| John Doe I, an individual, | Time: 11:00 a.m. |
| Defendant. | Courtroom: C |
| | Judge: Hon. Laurel Beeler |

1    Plaintiff Uber Technologies, Inc. ("Uber") respectfully submits this Updated Case

2    Management Conference Statement pursuant to Federal Rules of Civil Procedure 26(f) and 16(b),

3    Civil Local Rule 16-9, the Standing Order for All Judges of the Northern District of California,

4    and this Court's Standing Orders.

5    This action has been stayed since September 10, 2015 due to an appeal of an order

6    denying the motion to quash a subpoena to Comcast Business Communications, LLC

7    ("Comcast") by an anonymous third party appearing as "Subscriber."  (Dkt. 66.)  Uber has not

8    sought relief from this stay, given that the parties in the related action *Antman v. Uber*

9    *Technologies, Inc.*, Case No. 3:15-cv-01175-JCS have been engaged in mediation.  Depending on

10   the outcome of these mediation efforts, Uber will take appropriate action with respect to this

11   litigation.

12   DATED:  June 27, 2017                    **PERKINS COIE LLP**

13

14                                           By:   */s/ James G. Snell*
                                                   James G. Snell, Bar No. 173070
15                                                 JSnell@perkinscoie.com
                                                   Julie E. Schwartz, Bar No. 260624
16                                                 JSchwartz@perkinscoie.com

17                                           Attorneys for Plaintiff
                                             Uber Technologies, Inc.

18

19

20

21

22

23

24

25

26

27

28

UPDATED CASE MANAGEMENT
STATEMENT
CASE NO. 3:15-cv-00908 LB