1    James G. Snell, Bar No. 173070
     JSnell@perkinscoie.com
2    Julie E. Schwartz, Bar No. 260624
     JSchwartz@perkinscoie.com
3    PERKINS COIE LLP
     3150 Porter Drive
4    Palo Alto, CA 94304-1212
     Telephone: 650.838.4300
5    Facsimile: 650.838.4350

6    Attorneys for Plaintiff
     Uber Technologies, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   Uber Technologies, Inc.,                Case No. 3:15-cv-00908 LB

13                      Plaintiff,           **UPDATE REGARDING STATUS OF
                                             MATTER**
14          v.
                                             Judge:      Hon. Laurel Beeler
15   John Doe I, an individual,

16                      Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Uber Technologies, Inc. ("Uber") respectfully submits this Status Update for the

2    Court in response to the Court's Order dated May 12, 2018.  (*See* Dkt. No. 101)

3    This action has been stayed since September 9, 2015 due to an appeal of an order denying

4    the motion to quash a subpoena to Comcast Business Communications, LLC ("Comcast") by an

5    anonymous third party appearing as "Subscriber."  (Dkt. No. 66.)  Uber has not sought relief from

6    this stay, given that the parties in the related *Antman v. Uber Technologies, Inc.*, Case No. 3:15-

7    cv-01175-JCS ("*Antman* Action") had been mediating and then litigating a motion to dismiss with

8    prejudice.  (Dkt 151.)

9    In response to this motion, the *Antman* Action was recently dismissed with prejudice by

10   this Court.  In light of this dismissal, Uber requests that the case remain stayed pending appeal of

11   the Court's decision, if any.  If the case is not appealed, Uber will take appropriate action with

12   respect to this litigation.

13   DATED:  May 17, 2018                              **PERKINS COIE LLP**

14

15                                                     By:  */s/ James G. Snell*
                                                           James G. Snell, Bar No. 173070
16                                                         JSnell@perkinscoie.com
                                                           Julie E. Schwartz, Bar No. 260624
17                                                         JSchwartz@perkinscoie.com

18                                                     Attorneys for Plaintiff
                                                       Uber Technologies, Inc.

19

20

21

22

23

24

25

26

27

28