1  James G. Snell, Bar No. 173070
   JSnell@perkinscoie.com
2  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
3  PERKINS COIE LLP
   3150 Porter Drive
4  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
5  Facsimile: 650.838.4350

6  Attorneys for Plaintiff

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  Uber Technologies, Inc.,                Case No. 3:15-cv-00908 LB

13              Plaintiff,                   CASE MANAGEMENT STATEMENT

14       v.                                  Judge:      Hon. Laurel Beeler

15  John Doe I, an individual,

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1       Plaintiff Uber Technologies, Inc. ("Uber") respectfully submits this Case Management

2  Statement. (*See* Dkt. No. 104.)

3       This action has been stayed since September 9, 2015 due to an appeal of an order denying

4  the motion to quash a subpoena to Comcast Business Communications, LLC by an anonymous

5  third party appearing as "Subscriber." (Dkt. No. 66.) Uber has not sought relief from this stay,

6  given that the parties in the related *Antman v. Uber Technologies, Inc.*, Case No. 3:15- cv-01175-

7  JCS ("Antman Action") had been mediating and then litigating a motion to dismiss with

8  prejudice. (Dkt No. 151.)

9       In response to this motion, the Antman Action was dismissed with prejudice by this Court,

10  and the decision is now on appeal.  In light of this development, Uber requests that the case

11  remain stayed pending appeal of the Court's decision.

12

13  DATED:  August 16, 2018            **PERKINS COIE LLP**

14

15            By: */s/ Julie E. Schwartz*
            James G. Snell, Bar No. 173070
            JSnell@perkinscoie.com

16              Julie E. Schwartz, Bar No. 260624
            JSchwartz@perkinscoie.com

17            Attorneys for Plaintiff

18            Uber Technologies, Inc.

19

20

21

22

23

24

25

26

27

28

-1-